# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-08270-JLS (AJRx) | Date | December 04, 2023 |
|----------|------------------------|------|-------------------|
| Title | Anthony Ray Miller v. Amazon Retail LLC et al | | |

PRESENT:   **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia                                    Not Reported
Deputy Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                       None  Present

**PROCEEDINGS:     (IN CHAMBERS) ORDER CONTINUING SCHEDULING CONFERENCE AND ORDERING COUNSEL TO REVIEW LOCAL PROCEDURES**

The Court's Order Setting Scheduling Conference attached a blank Exhibit A.  (Doc. 11.)  The Joint Rule 26(f) Report filed by the parties did not include the completed Exhibit A. (Doc. 14.)

Accordingly, no later than **December 8, 2023**, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A.  Failure to do so may result in the imposition of monetary sanctions pursuant to the Court's inherent power and/or other sanctions authorized by the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 16(f), 37(b)(2)(A)(i) -(vii) & 37(b)(2)(C).

In light of the parties' failure to file an adequate Joint Rule 26(f) Report, the Court ORDERS each counsel of record to review the following:  The Local Civil Rules of the Central District of California, Judge Staton's Procedures web page, accessible at: http://www.cacd.uscourts.gov/honorable-josephine-l-staton, the Court's Initial Standing Order, and the Court's Order Setting Scheduling Conference.  The parties' Amended Joint Rule 26(f) Report shall set forth a statement certifying that all counsel of record has complied with this requirement.

The Court CONTINUES the Scheduling Conference to **January 12, 2024 at 10:30 a.m.**

**IT IS SO ORDERED.**

Initials of Deputy Clerk    gga